· ELKAY MINING COMPANY, a
West Virginia Corporation,
Plaintiff–Appellee,

v.

ATEL FINANCIAL CORPORATION, a
foreign corporation; Atel Cash Distri-
bution Fund V, L.P., a limited part-
nership, Defendants–Appellants.

No. 02–1747.

United States Court of Appeals,
Fourth Circuit.

Submitted June 3, 2003.

Decided June 18, 2003.

David Marvin Wiseblood, Berg & Par-
ker L.L.P., San Francisco, California, for
Appellants. Richard J. Bolen, Huddleston,
Bolen, Beatty, Porter & Copen, L.L.P.,
Huntington, West Virginia, for Appellee.

Before WILKINS, Chief Judge, and
LUTTIG and TRAXLER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

PER CURIAM.

Appellant ATEL Financial Corporation
("ATEL") appeals the district court's reso-
lution of cross-motions for summary judg-
ment in favor of Appellee Elkay Mining
Company ("Elkay") on Elkay's declaratory
judgment claim that it did not owe any
"termination value" to ATEL on an ex-
pired lease for mining equipment. We
have reviewed the record below, the opin-
ion of the district court, and the briefs of
the parties. Because we conclude that the
district court properly resolved the legal
questions presented on summary judg-
ment, we affirm the judgment of that court
on the reasoning of its well-written opin-
ion.

*AFFIRMED.*